**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

Civil Action No. 3:14-cv-368-RJC-DSC

| | |
|---|---|
| CONBRACO INDUSTRIES, INC.<br><br>     a North Carolina corporation,<br><br>          Plaintiff/Counter-<br>          Defendant,<br><br>  v.<br><br>MITSUBISHI SHINDOH CO., LTD.,<br><br>     a Japanese corporation,<br><br>          Defendant/Counter-<br>          Plaintiff,<br><br>  v.<br><br>ELKHART PRODUCTS, INC.,<br><br>     a Delaware corporation,<br><br>          Counter-Defendant<br><br>v.<br><br>ZHEJIANG WANDEKAI COPPER<br>INDUSTRIES CO. LTD., ZHEJIANG IDC<br>FLUID CONTROL CO. LTD., and LINX<br>LTD.,<br><br>          Third-Party Defendants. | **ORDER GRANTING SIXTY-DAY STAY TO CONDUCT SETTLEMENT DISCUSSIONS** |

**THIS MATTER** is before the Court on the Motion of Plaintiff Conbraco Industries, Inc.

("Conbraco") and Counter-Defendant Elkhart Products, Inc. ("Elkhart"), with the consent of

Defendant/Counter-Plaintiff Mitsubishi Shindoh Co., Ltd. ("Mitsubishi"), to stay this action for sixty (60) days in order to permit the parties to attempt to conclude settlement discussions now in progress. It appearing to the Court that there is good cause to grant the Motion,

**IT IS HEREBY ORDERED** that further proceedings in this case shall be **STAYED** for a period of sixty (60) days, or until further order of the Court.

**SO ORDERED**.

Signed: March 24, 2015

David S. Cayer
United States Magistrate Judge