# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Civil Action No. 3:14-cv-368-RJC-DSC

| | |
|---|---|
| CONBRACO INDUSTRIES, INC. a North Carolina corporation, Plaintiff/Counter-Defendant, v. MITSUBISHI SHINDOH CO., LTD., a Japanese corporation, Defendant/Counter-Plaintiff, v. ELKHART PRODUCTS, INC., a Delaware corporation, Counter-Defendant v. ZHEJIANG WANDEKAI COPPER INDUSTRIES CO. LTD., ZHEJIANG IDC FLUID CONTROL CO. LTD., and LINX LTD., Third-Party Defendants. | **ORDER GRANTING FURTHER SIXTY-DAY STAY TO CONDUCT SETTLEMENT DISCUSSIONS** |

This matter is before the Court on a Motion of Plaintiff Conbraco Industries, Inc. ("Conbraco") and Counter-Defendant Elkhart Products, Inc. ("Elkhart"), with the consent of Defendant/Counter-Plaintiff Mitsubishi Shindoh Co., Ltd. ("Mitsubishi"), to further stay this

action for sixty (60) days in order to permit the parties to attempt to conclude settlement discussions now in process. It appearing to the Court that there is good cause to grant the Motion,

IT IS HEREBY ORDERED that further proceedings in this case shall be STAYED for a further period of sixty (60) days, or until further order of the Court.

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge