# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00368-RJC-DSC

| | |
|---|---|
| **CONBRACO INDUSTRIES, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **MITSUBISHI SHINDOH CO., LTD.,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Alfred W. Zaher and Paul J. Greco]" (documents ## 52-53) filed August 14, 2015. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: August 14, 2015

_____
David S. Cayer
United States Magistrate Judge