# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00368-RJC-DSC

| | |
|---|---|
| CONBRACO INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| MITSUBISHI SHINDOH CO., LTD., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Joint Request for Settlement Conference" (document # 59) filed December 31, 2015. Pursuant to the Claim Construction Scheduling Order (document #58), the parties have until January 29, 2016 to conduct a Mediated Settlement Conference. Based upon the Court's review of the docket, it does not appear that the parties have held this Mediated Settlement Conference. After the report has been filed detailing the results of the Mediated Settlement Conference, the parties may request that the Court hold a Judicial Settlement Conference. For those reasons, the Motion will be <u>denied without prejudice</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: January 4, 2016

_____
David S. Cayer
United States Magistrate Judge