# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00368-RJC-DSC

| | |
|---|---|
| CONBRACO INDUSTRIES, INC., )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>MITSUBISHI SHINDOH CO., LTD., )<br> )<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the parties' "Joint Motion to Stay [Thirty Days Pending Filing of Dismissal]" (document #64). For the reasons stated therein, the Motion is granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: February 2, 2016

David S. Cayer
United States Magistrate Judge